JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anna Marie San Roman, | CV 14-8277 PA (RZx) |
| Plaintiff, | JUDGMENT |
| v. | |
| Wells Fargo, N.A., | |
| Defendant. | |

Pursuant to the Court's December 3, 2014 Minute Order granting the Motion to Dismiss filed by defendant Wells Fargo, N.A.,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: December 3, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE