UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANNA MARIE SAN ROMAN, an individual and executor of the estate of JOE IGNACIO SAN ROMAN a deceased individual;,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, a financial institution and DOES 1 to 100, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:14-cv-08277-PA-RZ<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>*[Assigned to the Hon. Percy Anderson]* |

　　On December 3, 2014, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), dismissing the Complaint, in its entirety, with prejudice.

/ / /

/ / /

/ / /

/ / /

1   Accordingly:

2   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

3   1.   The Complaint is dismissed, as to all parties and all causes of action,
4   with prejudice;

5   2.   Judgment is entered in favor of defendant WELLS FARGO BANK,
6   N.A.; and;

7   3.   Plaintiff Ann Marie San Ramon, an individual and executor of the
8   estate of JOE IGNACIO SAN ROMAN, shall recover nothing in this action from
9   defendant WELLS FARGO BANK, N.A.

11   Dated: December 6, 2014

   HON. PERCY ANDERSON
   UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Counsel for Plaintiff,*
*Anna Marie San Roman, etc.:*

Julie J. Moradi-Lopes, Esq.
Rene J. Dupart, Esq.
OAK TREE LAW
10900 183rd Street, Suite 270
Cerritos, CA 90703

Email: julie@oaktreelaw.com
Email: rene@oaktreelaw.com

T: (562) 356-9957 | F: (800) 976-4187

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on December 4, 2014.

|  Lina Velasquez  | /s/ Lina Velasquez |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |